IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FRANCISCO C. MORENO III
        Plaintiff,

v.                                    Civil No. 3:15-cv-00012-MOS-DSC

TRANS UNION,
        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Francisco C. Moreno, III and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff Francisco C. Moreno, III and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

*[signature]*
Francisco C. Moreno III
6925 #1328 Northbury Ln
Charlotte, NC 28226
***Plaintiff Pro Se***

Respectfully submitted,

  s/ David M. Wilkerson
David M. Wilkerson
N.C. Bar No. 35742
The Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801
dwilkerson@vwlawfirm.com
(828) 258-2991
(828) 257-2767 Fax
***Counsel for Trans Union LLC***

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the foregoing document on the attorneys and party shown below by depositing a copy of same in the United States mail, postage prepaid, addressed to said attorneys and party:

Francisco C. Moreno III
6925 #1328 Northbury Ln
Charlotte, NC 28226
*Pro Se Plaintiff*

                                                  s/ David M. Wilkerson
                                                  David M. Wilkerson